**BK Attorney Services, LLC**

BK Attorney Services, LLC
PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Mar 10, 2011   TIME RECEIVED: 07:43AM   TOTAL SERVED: 19

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:   Mitchell Katcher
         Lilliam Katcher

CASE NO: 11-40608

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:   Bronson Law Offices, P.C.
ADDRESS             600 Mamaroneck Avenue, Suite 400
                    Harrison, NY 10528

On Thursday, March 10, 2011, a copy of the following documents, described below,

**Amended Notice of Motion, Amended Motion to Convert Case to a Chapter 13, and Proposed Order**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury, under the laws of the United States of America, that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: March 10, 2011

_____
Jessica Freeze
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0207-1<br>Case 1-11-40608-jbr<br>Eastern District of New York<br>Brooklyn<br>Thu Mar 10 13:07:09 EST 2011 | Bruce Bronson<br>Bronson Law Offices PC<br>600 Mamaroneck Avenue<br>Suite 400<br>Harrison, NY 10528-1635 | ~~271 Cadman Plaza East, Suite 1595~~<br>~~Brooklyn, NY 11201-1800~~ |
| Bank Of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, N.a.<br>POB 30281<br>Salt Lake City, UT 84130-0281 |
| Chase - Cc<br>Attention: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase - Cc<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy PO Box 2050<br>PO Box 20507<br>Kansas City, MO 64195-0507 |
| Citibank Sd, Na<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Citibankna<br>1000 Technology Dr<br>O Fallon, MO 63368-2239 | Homeprjvisa<br>PO Box 94498<br>Las Vegas, NV 89193-4498 |
| United States Trustee<br>271 Cadman Plaza East<br>Suite 4529<br>Brooklyn, NY 11201-1833 | Wf Fin Bank<br>800 Walnut Street<br>Des Moines, IA 50309-3605 | Wf Fin Bank<br>Wells Fargo Financial<br>4137 121st Street<br>Urbendale, IA 50323-2310 |
| Wffinancial<br>800 Walnut St<br>Des Moines, IA 50309-3504 | Wffinancial<br>P.O.Box 29704<br>Phoenix, AZ 85038-9704 | Wffinancial<br>PO Box 7648<br>Boise, ID 83707-1648 |
| Lilliam Katcher<br>8936 90th Street<br>Woodhaven, NY 11421-2618 | Mitchell Katcher<br>8936 90th Street<br>Woodhaven, NY 11421-2618 | Robert J Musso<br>26 Court Street<br>Suite 2211<br>Brooklyn, NY 11242-1122 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One, N.a.<br>Bankruptcy Dept<br>PO Box 5155<br>Norcross, GA 30091 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                  20 |