H. Bruce Bronson
Bronson Law Office, PC
600 Mamaroneck Avenue, Suite 400
Harrison, NY 10528
PH(877)385-7793 FAX(888)865-8889
EMAIL: hbbronson@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------x

IN RE:                                                                Case No.:  11-40608 (CEC)
                                                                     **CHAPTER 13 PLAN**

**Mitchell Katcher**

**Lilliam Katcher**
                                   **Debtor(s)**
--------------------------------------------------------x

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee for a total of 60 months, the sum of:

   $ 150.00 plus the savings from the loss mitigation commencing 05/01/2011 through and including 05/01/2016 for a period of 60 months.

2. From the payments so received, the trustee shall make disbursements as follows:
   a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507 to: Bronson Law Offices, P.C.- $2500 (Legal Fees)

   b. Holders allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

| Creditor Name | Collateral | Value | Claim | Interest | Plan Payment |
|---|---|---|---|---|---|
| Wells Fargo financial/ Paid in Full | 2002 Nissan Pathfinder (value crammed down) | 7,161.48 | 7,161.48 | 4.25 | $134.41 |

   c. Wells Fargo shall receive pre confirmation adequate protection disbursements in the amount of $50/month.

   ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).

   _____ (mortgage holder) to be paid pre-petition arrears in the sum of $_____ plus _____% interest over the life of the plan.

   c. Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less than 0.00%(percent).

3. All lease agreements are hereby assumed, unless specifically rejected as follows:

| CREDITOR NAME | COLLATERAL |
|---|---|
| NONE | |

4. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c ), less than 100%, the debtor(s) shall provide the trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

   Title to the debtor(s) property shall re-vest in the debtor(s) upon competition of the plan or dismissal of the case, unless otherwise provided in the Order confirming this plan.  Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

___/s/Mitchell Katcher_____                    /s/Lilliam Katcher_____
Mitchell Katcher Debtor                            Lilliam Katcher Joint Debtor

Dated:April 19, 2011                               /s/H. Bruce Bronson_____
                                                   H. Bruce Bronson Attorney for Debtor