UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

In re:                                          Chapter 13

Mitchell Katcher and Lilliam Katcher,           Case No. 11-40608-cec

                        Debtors.
---------------------------------------------------------------- X

<u>ORDER</u>

WHEREAS, on April 21, 2011, Mitchell Katcher and Lilliam Katcher (the "Debtors") filed a request to enter into the Loss Mitigation Program with respect to property located at8936 90th Street Woodhaven, NY 11421, Loan No. 2597 with creditor Wells Fargo Financial (the "Loss Mitigation Request"); and

WHEREAS, the Debtors did not file an affidavit of service of the Loss Mitigation Request;

NOW, THEREFORE, it is

ORDERED, if the Debtors desires to pursue the Loss Mitigation Request, they shall serve the mortgagee with the Loss Mitigation Request in accordance with Rules 7004 and 9014 of the Federal Rules of Bankruptcy Procedure, and file proof thereof within 7 days of entry of this order.



**Dated: Brooklyn, New York**
**April 27, 2011**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**