UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:                                                Chapter 13

**Mitchell Katcher and**
**Lilliam Katcher,**                              Judge: Joel B. Rosenthal

      **Debtors**                                         Case No. **11-40608**

## **Certificate of Service**

State of New York    )
                          )ss:
County of Westchester)

I hearby certify that on April 28, 2011, true and correct copies of the Debtors' Request for Loss Mitigation were served by first class mail with postage prepaid to:

Wells Fargo Financial
800 Walnut St
Des Moines, IA 50309


4/28/11                                                  s/Robert M. Savino
Date                                                    Bronson Law Offices, PC
                                                        600 Mamaroneck Avenue
                                                        Suite 400
                                                        Harrison, NY 10528
                                                        Telephone: 877-385-7793
                                                        Fax: 888-865-8889