# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: malleyne | Date Created: 5/24/2011 |
| Case: 1−11−40608−cec | Form ID: pdf000 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.BR.ECF@usdoj.gov

     TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty      H. Bruce Bronson      Bronson Law Offices PC      600 Mamaroneck Avenue      Suite 400      Harrison, NY 10528
     Wells Fargo Financial      800 Walnut St      Des Moines, IA 50309
     Wells Fargo Financial CreditServices New York, Inc      4137 121 Street      Urbandale, IA 50323

     TOTAL: 3