# BRONSON LAW OFFICES, P.C.
**600 Mamaroneck Avenue, Suite 409**
**Harrison, NY 10528**

**Telephone:**
**877-385-7793**
**Fax: 888-865-8889**

H. Bruce Bronson, Jr., Esq.
(admitted NY & PA)
email:hbbronson@gmail.com
cell: 914-356-1728

Robert Savino, Esq.
(admitted NY & NJ)

June 20, 2011

Wells Fargo Financial
800 Walnut St
Des Moines, IA 50309

**Re: Mitchell Katcher and Lilliam Katcher**
**Chapter 13 Case Number 11-40608**
**Loss Mitigation Conference**

To Whom It May Concern:

Please be advised that the Loss Mitigation Conference in the above matter, originally scheduled for June 30, 2011 at 11am, has been adjourned to July 21, 2011 at 11am.


Sincerely,

s/Robert M. Savino
Robert M. Savino