

PLEASE REPLY TO:
LONG ISLAND OFFICE
20 WEST MAIN STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100
FAX: (631) 969-3101

July 29, 2011

United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY  11201

VIA ELECTRONIC MAIL:  cec_hearings@nyeb.uscourts.gov

Re:   Mitchell and Lilliam Katcher
      Case No.: 11-40608
      Our File No.: 01-041777-B00

Dear Clerk of the Court:

This firm represents Wells Fargo Financial, a secured creditor regarding the above-referenced matter.

Please be advised that the Loss Mitigation Status Conference, scheduled for Tuesday, August 2, 2011, has been adjourned to Thursday, September 8, 2011 at 11:30am.

Kindly mark your calendar accordingly.

Very truly yours,
Frenkel Lambert Weiss Weisman & Gordon, LLP

BY:   /s/ Raquel Felix
       Raquel, Felix, Esq.
       Counsel to Secured Creditor, AHMSI


cc:   Mitchell and Lilliam Katcher (via First-Class Mail)
      H. Bruce Bronson, Esq., Counsel for the Debtor (via ECF and First Class Mail)

NYC OFFICE:
61 BROADWAY, SUITE 2020
NEW YORK, NY 10006-2700
TEL: (212) 344-3100
FAX: (212) 422-4047

WWW.FLWLAW.COM

NJ OFFICE:
80 MAIN STREET
WEST ORANGE, NJ 07052
TEL: (973) 325-8800
FAX: (973) 325-2264